NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTOROLA MOBILITY LLC, GOOGLE INC.,**
*Appellants*

**v.**

**MICROSOFT CORP.,**
*Appellee*

---

2015-2061

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,267.

---

**JUDGMENT**

---

ANDREW S. EHMKE, Haynes & Boone, LLP, Dallas, TX, argued for appellants. Also represented by DEBRA JANECE MCCOMAS; MICHAEL SCOTT PARSONS, Richardson, TX.

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR, argued for appellee. Also represented by JOSEPH THOMAS JAKUBEK, TODD M. SIEGEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 10, 2016 | /s/ Peter R. Marksteiner |
| --- | --- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |